BENJAMIN B. WAGNER
Acting United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
THEOPHOUS H. REAGANS
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone: (415) 977-8943
    Facsimile: (415) 744-0134
    E-Mail: Theophous.Reagans@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**FRESNO DIVISION**

| | |
|---|---|
| JUANITA MORALES, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> MICHAEL J. ASTRUE, ) <br> Commissioner of Social Security, ) <br> ) <br> Defendant. ) <br> _____ ) | CIVIL NO. 09-cv-01073 JLT <br><br> STIPULATION FOR EXTENSION; ORDER GRANTING EXTENSION OF TIME |

The parties, through their respective counsel, stipulate that defendant's time to respond to plaintiff's motion for summary judgment be extended to April 16, 2010.

This is the defendant's first request for an extension of time to respond to plaintiff's motion for summary judgment. The defendant needs an extension because counsel recently returned from an extended medical leave and has a substantial backlog of cases to review for defensibility and numerous cross motions to draft. Counsel apologizes for the delay and any inconvenience caused to the Court.

///

///

///

Respectfully submitted this 12th day of March 2010.

DATED: March 12, 2010    By:    */s/ Brian C. Shapiro*
(*As agreed via telephone*)
BRIAN C. SHAPIRO
Attorney at Law

Attorney for Plaintiff

BENJAMIN B. WAGNER
United States Attorney

DATED: March 12, 2010    By:    */s/ Theophous H. Reagans*
THEOPHOUS H. REAGANS
Special Assistant U.S. Attorney

Attorneys for Defendant

PURSUANT TO STIPULATION,

IT IS SO ORDERED.

Dated:   **March 16, 2010**                             **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE