1  BENJAMIN B. WAGNER
   Acting United States Attorney
2  LUCILLE GONZALES MEIS
   Regional Chief Counsel, Region IX
3  Social Security Administration
   THEOPHOUS H. REAGANS
4  Special Assistant United States Attorney

5      333 Market Street, Suite 1500
       San Francisco, California 94105
6      Telephone:  (415) 977-8943
       Facsimile:  (415) 744-0134
7      E-Mail: Theophous.Reagans@ssa.gov

8  Attorneys for Defendant

9                       UNITED STATES DISTRICT COURT

10                     EASTERN DISTRICT OF CALIFORNIA

11                            **FRESNO DIVISION**

12

13  JUANITA MORALES,                    )
                                        )   CIVIL NO. 09-cv-01073 JLT
14         Plaintiff,                   )
                                        )   STIPULATION FOR EXTENSION; ORDER
15         v.                           )   GRANTING EXTENSION OF TIME
                                        )
16                                      )
    MICHAEL J. ASTRUE,                  )
17   Commissioner of Social Security,   )
                                        )
18         Defendant.                   )
    _____)

19

20

21      The parties, through their respective counsel, stipulate that defendant's time to respond to

22  plaintiff's motion for summary judgment be extended to April 16, 2010.

23      This is the defendant's first request for an extension of time to respond to plaintiff's motion for

24  summary judgment. The defendant needs an extension because counsel recently returned from an

25  extended medical leave and has a substantial backlog of cases to review for defensibility and numerous

26  cross motions to draft. Counsel apologizes for the delay and any inconvenience caused to the Court.

27  ///

28  ///

    ///

Respectfully submitted this 12th day of March 2010.

DATED: March 12, 2010		By:	*/s/ Brian C. Shapiro*
					(*As agreed via telephone*)
					BRIAN C. SHAPIRO
					Attorney at Law

					Attorney for Plaintiff

					BENJAMIN B. WAGNER
					United States Attorney

DATED: March 12, 2010		By:	*/s/ Theophous H. Reagans*
					THEOPHOUS H. REAGANS
					Special Assistant U.S. Attorney

					Attorneys for Defendant

PURSUANT TO STIPULATION,

IT IS SO ORDERED.

Dated:   **March 16, 2010**					      **/s/ Jennifer L. Thurston**
									UNITED STATES MAGISTRATE JUDGE

2 - Notice of Filing Administrative Transcript